USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 16, 2019    12/18/19

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Calvin Hudson*, 19 Cr. 496 (CM)

Dear Chief Judge McMahon:

In light of the recent change in the date of the next pretrial conference in this case, the Government respectfully submits this letter seeking that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between today, December 16, 2019, and the date set for the next conference of January 9, 2020. The Government submits that such an exclusion would be in the interest of justice in this case as it would allow the defense additional time to review discovery and contemplate any pretrial motions, and the parties additional time to continue discussions of potential dispositions short of trial. Defense counsel for Mr. Hudson has informed the Government that he opposes this request, whereas defense counsel for Messrs. Kenyatta and Green consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Maurene Comey
Timothy Capozzi
Aline Flodr
Assistant United States Attorneys
(212) 637-2324/2404/1110

cc: Defense Counsel of Record (ECF)

---

*Handwritten endorsement:*

Case adj'd as to all three defts to Jan. 9, 2020, at 3:00. Time is excluded through Jan 9, in the interest of justice. That said, if deft Hudson wishes to have his case heard this week he can be produced for tomorrow (12/19) at 11:30. Counsel for Hudson should notify the Gov't forthwith if Mr. Hudson needs to be produced for a conference tomorrow.

Colleen McMahon