USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

UNITED STATES OF AMERICA

-against-

Calvin Hudson

-----------------------------------x

ORDER

19 CR 496-01 (CM)
Docket #

Colleen McMahon, Chief DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney ~~assigned to receive cases on this day,~~ David Touger* is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 1/24/20.

SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

2/7/20
Dated: New York, New York

* Attorney Drew Wachtel is assigned to assist Mr. Touger as Associate Counsel.