**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

*MEMO ENDORSED* 4/21/20

April 20, 2020

By ECF

Honorable Colleen McMahon
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Granted

*[signature]*

Re: United States v. Calvin Hudson,
19 CR 496 (CM)

Your Honor,

I am writing on behalf of myself and co-counsel Dan Wachtell, to most respectfully request, that the Court allow counsel to submit interim vouchers in this matter. This crisis has caused a delay in this matter beyond the original trial date. It is also, I'm sure the Court would agree, hard to determine when the trial in this matter will actually take place. Thus, in these difficult financial times counsel would be greatly appreciative if the Court would grant counsel's request for interim vouchers.

Thank you very much for your consideration of this matter. I hope the Court and all of its family and personnel are and stay healthy.

Most Respectfully,

David Touger

*[USDC SDNY filing stamp, dated 4/21/20]*