UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

          v.                              14-CR-496-01 (CM)

**ORDER**

CALVIN HUDSON,

                     Defendant.
----------------------------------------------------------X

McMahon, C.J.:

The Court will hold a telephone conference in this matter on Wednesday, May 27, 2020, at 3:00 p.m.

To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

May 26, 2020

Colleen McMahon
Chief Judge