

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2021

**MEMO ENDORSED**

6/10/21

Case Adj to September 23, 2021 At 2:30 — time Excluded in the interest of justice, with defendant's consent.

/s/ Colleen McMahon

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Calvin Hudson*, 19 Cr. 496 (CM)

Dear Judge McMahon:

The Government writes on behalf of the parties to respectfully request an adjournment of the conference currently scheduled for June 15, 2021. The parties understand that the Court plans to request a trial date during the fourth quarter of 2021, and the parties have no other topics to raise with the Court at this time. The parties understand that the Court is available on September 23, 2021, at 2:30 p.m., and accordingly request an adjournment until that date.

If the Court grants the adjournment, the Government further requests that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between June 15, 2021 and September 23, 2021. The Government submits that such an exclusion would be in the interest of justice because it would allow the parties additional time to prepare for trial and to continue discussions of a potential disposition short of trial. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   _____/s/_____
Timothy Capozzi
Aline Flodr
Assistant United States Attorneys
(212) 637-2404/1110

cc: Defense Counsel of Record (ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/21