

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 22, 2021

**MEMO ENDORSED**

9/22/21

Case Adj to Jan 27, 2022 at 2pm. for a final pretrial conference. The Court has requested a MAR 14, 2022 trial date — time is excluded through MAR 14, in the interest of justice.

/s/ Colleen McMahon

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Calvin Hudson*, 19 Cr. 496 (CM)

Dear Judge McMahon:

The Government writes on behalf of the parties to respectfully request an adjournment of the conference currently scheduled for September 23, 2021 at 2:30 p.m. The parties understand that the Court plans to request a trial date during the first quarter of 2022, specifically February 14, 2022, and the parties have no other topics to raise with the Court at this time.

If the Court grants the adjournment, the Government further requests that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between September 23, 2021, and February 14, 2022. The Government submits that such an exclusion would be in the interest of justice because it would allow the parties additional time to prepare for trial and to continue discussions of a potential disposition short of trial. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   __/s/__
Timothy Capozzi
Aline R. Flodr
Assistant United States Attorneys
(212) 637-2404/1110

cc: Defense Counsel of Record (ECF)