

**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

MEMO ENDORSED

March 15, 2022

By ECF

Honorable Colleen McMahon
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

OK
Colleen McMahon
3/16/2022

Re: <u>United States v. Calvin Hudson</u>,
    19 CR 496 (CM)

Your Honor,

As the Court is aware Mr. Hudson is going to be interviewed by Probation for his PSR in the near future. To complete the process Mr. Hudson needs to get various financial and other records together which he does not have at home. He needs to get these records from various sources. Thus, it is respectfully requested that the Court allow Mr. Hudson to leave his apartment on March 17th and 18th from 10:00AM to 4:00PM so that he can obtain the necessary documents. I have been in touch with Mr. Hudson's Pre trial Officer, Jonathan Lettieri about this and he requested that I ask the Court for permission to let Mr. Hudson out at the requested times.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger