UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

19 CR 496-01 (CM)

CALVIN HUDSON,

Defendant.

It is hereby ordered that Calvin Hudson, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on October 3, 2022.

_____           6/15/2022
UNITED STATES DISTRICT JUDGE        DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____           _____
(Attorney/Witness)                  (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel