UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

UNITED STATES OF AMERICA,

    -against-

CALVIN HUDSON,

        Defendant.
——————————————————————x

19 CR 496-01 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2022

## CLARIFICATION ORDER

McMahon, J.:

    There appears to be an error in the restitution order for Charles Kenyatta (Calvin Hudson's codefendant on this docket), to the extent it states that Kenyatta's restitution is joint and several with his codefendant Calvin Hudson. (*See* Docket 1:19-cr-00496-CM, Document 109 at 1, ¶ A).

    Hudson was **not** sentenced to make restitution. Accordingly, Kenyatta's restitution is **not** joint and several with Hudson.

    This constitutes the order of the Court.

Dated: December 7, 2022

                                                          */s/ Colleen McMahon*
                                                        United States District Court Judge

BY ECF TO ALL COUNSEL